IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

RALPHAEL ROY CALDWELL

INDICTMENT

3:24-cr-90/TKW

THE GRAND JURY CHARGES:

COUNT ONE

On or about September 10, 2024, in the Northern District of Florida, the defendant,

**RALPHAEL ROY CALDWELL**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1. On or about August 24, 2010, **RALPHAEL ROY CALDWELL** was convicted in the State of Florida of Attempted Home Invasion Robbery with Firearm and Shooting at, into, or within a Building.

Returned in open court pursuant to Rule 6(f)

10/15/24
Date

United States Magistrate Judge

FILED USDC FLND PN
OCT 15 '24 PM4:46

2.   For each of these crimes, **RALPHAEL ROY CALDWELL** was subject to punishment by a term of imprisonment exceeding one year.

3.   Thereafter, **RALPHAEL ROY CALDWELL** did knowingly possess a firearm, to wit, a Taurus .40 caliber pistol, and ammunition, namely, Mag Tech Recreation Products, MaxxTech, and Prvi Partizan .40 caliber.

4.   This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference.  Because the defendant,

**RALPHAEL ROY CALDWELL,**

knowingly committed the violation set forth in Count One of this Indictment, any and all interest that this defendant has in the firearm and ammunition involved in

this violation is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

_____
FOREPERSON

10/15/24
_____
DATE

_____
JASON R. COODY
United States Attorney

_____
WALTER E. NARRAMORE
Assistant United States Attorney